UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:25-CV-60893-AUGUSTIN-BIRCH

**ELLIOT M. HIRSCH,**

    **Plaintiff,**

v.

**DAVID BEHAR and MIAMI SEPHARDIC CLUB LLC.,**

    **Defendants.**
_____/

**ORDER REGARDING MAGISTRATE JUDGE
JURISDICTION AND OPT OUT PROCEDURE**

This matter is before the Court upon the assignment of this case to the undersigned United States Magistrate Judge under Southern District of Florida Administrative Order 2025-11. To improve the efficiency and timely resolution of non-prisoner *pro se* cases in this District, Administrative Order 2025-11 directs the Clerk of Court to randomly assign all such cases to a Magistrate Judge as the Presiding Judge, without a paired District Judge. Administrative Order 2025-11 further provides that any party may object to the assignment and opt out of Magistrate Judge jurisdiction. A party may opt out of Magistrate Judge jurisdiction without any adverse consequences.

Accordingly, it is **ORDERED** as follows:

1. Within 14 days of the date of this Order, Plaintiff may opt out of Magistrate Judge jurisdiction by filing a motion for case reassignment.

2. Within 14 days of first appearing in this case, Defendant may opt out of Magistrate Judge jurisdiction by filing a motion for case reassignment.

3. A motion for case reassignment does not need to include a memorandum of law and does not require a conferral certification under Southern District of Florida Local Rule 7.1(a)(3).

4. Upon the Court's grant of a motion for case reassignment, this case will be randomly assigned to a District Judge as the Presiding Judge, with the undersigned Magistrate Judge reassigned as the Referral Judge for matters referred by the District Judge.

5. If no party moves for case reassignment, this case will remain with the undersigned Magistrate Judge for all purposes, including entering dispositive orders, presiding over trial, and entering a final judgment. An appeal of the judgment must be taken directly to the Eleventh Circuit Court of Appeals.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 7th day of May, 2025.

_____
PANAYOTTA AUGUSTIN-BIRCH
UNITED STATES MAGISTRATE JUDGE