UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:25-CV-60893-AUGUSTIN-BIRCH

ELLIOT M. HIRSCH,

      **Plaintiff,**

v.

DAVID BEHAR and MIAMI
SEPHARDIC CLUB LLC,

      **Defendants.**
_____/

## ORDER DENYING MOTION FOR RECONSIDERATION

"The only grounds for granting a motion for reconsideration are newly-discovered evidence or manifest errors of law or fact." *Smith v. Ocwen Fin.*, 488 F. App'x 426, 428 (11th Cir. 2012). Plaintiff Elliot Hirsch does not provide any newly discovered evidence in his Motion for Reconsideration but instead argues that this Court misinterpreted the facts of this case. The Court finds that this argument is without merit. Plaintiff stated on his IFP application, under penalty of perjury, that his father loans him money and pays all his housing expenses. DE 5 at 5. Plaintiff's Motion for Reconsideration does not persuade the Court that it misinterpreted this fact when ruling that Plaintiff can pay the $405 filing fee and that doing so would not hinder his ability to support and provide for himself and his daughter. The Court understands that Plaintiff disagrees with this Court's ruling, but that is not a basis for the Court to reconsider its previous Order. Plaintiff's Motion for Reconsideration [DE 17] is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 18th day of June, 2025.

                                                _____
                                                PANAYOTTA AUGUSTIN-BIRCH
                                                UNITED STATES MAGISTRATE JUDGE