UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:25-CV-60893-AUGUSTIN-BIRCH

**ELLIOT M. HIRSCH,**

    **Plaintiff,**

v.

**DAVID BEHAR and MIAMI SEPHARDIC CLUB, LLC,**

    **Defendants.**
_____/

**REPORT AND RECOMMENDATION
TO DISMISS COMPLAINT WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE**

Plaintiff Elliot M. Hirsch filed his Complaint without paying the $405 filing fee and instead filed an Application to Proceed *In Forma Pauperis*. DE 5. This Court held a hearing on Plaintiff's Application and thereafter denied Plaintiff's Application and required him to pay the $405 filing fee by June 20, 2025. DE 16. The Court warned Plaintiff that failure to do so could result in the Court dismissing his case without prejudice. *Id.* Plaintiff moved for the Court to reconsider its Order, DE 17, and the Court denied reconsideration. DE 18.

Upon a review of the docket, the Court notes that Plaintiff has failed to comply with this Court's Order because he has not paid the $405 filing fee. As such, the Court **RECOMMENDS DISMISSING WITHOUT PREJUDICE** Plaintiff's Complaint for failure to prosecute. *See, e.g.*, *Equity Lifestyle Props., Inc. v. Fla. Mowing & Landscape Serv., Inc.*, 556 F.3d 1232, 1240 (11th Cir. 2009) ("The court may dismiss a claim if the plaintiff fails to prosecute it or comply with a court order."); *Castro v. Dir., F.D.I.C.*, 449 F. App'x 786, 788 (11th Cir. 2011) ("Parties instituting a civil action in district court are required to pay filing fees, and each district court, by local rule,

may require advance payment of such fees."); *Alhussein v. Broward Cnty.*, No. 23-61026-CIV, 2023 WL 3816694, at *2 (S.D. Fla. June 5, 2023) ("Allhussein's failure to pay the filing fee is, standing alone, sufficient grounds to dismiss his complaint.").

Within fourteen days after being served with a copy of this Report and Recommendation, any party may serve and file written objections to any of the above findings and recommendations. 28 U.S.C. § 636(b)(1); S.D. Fla. Mag. R. 4(b). The parties are hereby notified that a failure to timely object waives the right to challenge on appeal the District Court's order based on unobjected-to factual and legal conclusions contained in this Report and Recommendation. 11th Cir. R. 3-1.

**DONE AND SUBMITTED** in Chambers at Fort Lauderdale, Florida, this 25th day of June, 2025.

_____
PANAYOTTA AUGUSTIN-BIRCH
UNITED STATES MAGISTRATE JUDGE