UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 25-60893-CV-DIMITROULEAS

ELLIOT HIRSCH,

    Plaintiff,
v.

DAVID BEHAR and MIAMI SEPHARDIC CLUB LLC,

    Defendants.

# ORDER

The CLERK is DIRECTED to mail and email a copy of Judge Augustin-Birch's Report and Recommendations [DE 20] to the following mailing AND email address:

    Done and ordered at Ft. Lauderdale, Broward County, Florida this 30th day of June, 2025.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

**Elliot M. Hirsch**
7 SAXONY DRIVE
OAKHURST, NJ 07755
917-750-0418
Email: Elliothirschlaw@gmail.com
PRO SE