

**Elliot M. Hirsch**
**7 Saxony Drive, Oakhurst, NJ 07755**
**Elliothirschlaw@gmail.com**
**917 750 0418**

6/26/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
299 East Broward Boulevard #108
Fort Lauderdale, FL 33301
**Re: Hirsch v. Behar et al., 25-CV-60893**

Re: Hirsch v. Behar et al., Case No. 0:25-cv-60893
To the Honorable United States District Judge (Name Pending):

I respectfully submit this letter to the District Judge to whom this matter will be reassigned. As of the date of this filing, no Article III judge has yet been designated as presiding judge. I therefore direct this communication to the Court for docketing and timely review once assignment is complete.

## OBJECTION TO REPORT AND RECOMMENDATION

### And Renewed Request for In Forma Pauperis (IFP) Status

I write to formally and respectfully object to the **Report and Recommendation** issued by Magistrate Judge Augustin-Birch on June 25, 2025 (ECF No. 20), which recommends dismissal of my complaint for failure to prosecute due solely to nonpayment of the filing fee—following a denial of my IFP application that lacks both factual and legal support.

### 1. I Never Consented to Magistrate Jurisdiction, and a District Judge Must Now Decide

I did not expressly consent to magistrate judge jurisdiction in this matter. While I understand the administrative notice presumed consent unless affirmatively withheld, I never agreed to have dispositive rulings made by a magistrate. I am therefore addressing this objection to the District Judge now assigned, as required under 28 U.S.C. § 636(b)(1).

## 2. This Is the Only Court—Out of More Than Ten—That Has Denied My IFP Status

This is the **first and only time** I have ever been denied leave to proceed *in forma pauperis* in any court, federal or state. I have been granted IFP status in:

- The **District of New Jersey**, including by its **Chief Judge**;

- The **Southern District of New York**, also by an Article III judge;

- And multiple state courts in New Jersey and New York, including recent rulings by **Judge Lawrence Knipel**, Administrative Judge of Kings County Supreme Court.

Each of these courts reviewed my financial disclosures and found them sufficient. Nothing has improved financially since those rulings. I remain without income, without assets, and without access to the $405 filing fee.

This lone, conflicting ruling is difficult to reconcile with that judicial record.

---

## 3. The Court's Reasoning for Denial Is Legally and Factually Unsound

The only apparent justification for denying my IFP application was the fact that my father paid legal expenses in a divorce matter over five years ago. He paid those funds directly to attorneys. I never had control over them, and they have no bearing on my present financial condition.

To suggest that I should return to my father and ask him to finance this lawsuit is not only **unsupported by law**, it contradicts the very purpose of the IFP statute. **Section 1915 does not permit denial of access to federal court based on hypothetical support from uninvolved third parties.**

---

## 4. The Appearance of This Ruling Will Raise Public Concern

This ruling is not just anomalous—it is potentially harmful to the Court's institutional credibility. When more than a dozen other judges, including chief and administrative judges in two federal districts and two state court systems, have reviewed and granted IFP in my cases, and this one court—based on less—denies it, **the public will inevitably question the fairness and consistency of the judiciary**.

To the outside observer, it will appear that I am being unfairly singled out or penalized—not because of law or facts, but because of a breakdown in judicial consistency. That perception can

erode public confidence in the system, especially when the consequence is total dismissal of a plaintiff's claims for inability to pay.

---

### RELIEF REQUESTED

For these reasons, I respectfully request that this Court:

1. **Reject the Magistrate Judge's Report and Recommendation (ECF No. 20);**

2. **Vacate the denial of my IFP application (ECF No. 16);**

3. **Grant leave to proceed under 28 U.S.C. § 1915;**

4. And permit this case to proceed on the merits before an Article III judge.

Thank you for your time and thoughtful consideration.

Respectfully submitted,
/s/ **Elliot M. Hirsch**
Elliot M. Hirsch
Plaintiff Pro Se



US District Court
Southern District of Florida
299 East Broward Boulevard #108
Fort Lauderdale, FL 33301