UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-60893-CIV-DIMITROULEAS

ELLIOT M. HIRSCH,

    Plaintiff,

vs.

DAVID BEHAR and
MIAMI SEPHARDIC CLUB, LLC,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS, CLOSING CASE

    THIS CAUSE is before the Court on Magistrate Judge Augustin-Birch's Report and Recommendations, filed herein on June 25, 2025. [DE 20].

    On July 23, 2025, this Court issued an Order requiring Plaintiff, by August 1, 2025, to "Pay the filing fee; *and* Explain why this Court should not dismiss this action for lack of subject matter jurisdiction. In other words, Plaintiff must demonstrate why the amount in controversy exceeds $75,000." [DE 28]. The Court advised that a failure to meet both of those conditions "will result in the Court granting Judge Augustin-Birch's Report and Recommendation [DE 20] to dismiss this action without prejudice, and overruling Plaintiff's objections [DE 26]." Plaintiff has not met these conditions, and the time for doing so has passed.

    Based upon the foregoing, it is **ORDERED** and **ADJUDGED** as follows:

1. Magistrate Judge Augustin-Birch's Report and Recommendations [DE 20] is hereby **ADOPTED** and **APPROVED**.

2. Plaintiff's Objections [DE 26] are **OVERRULED**;

3. This action is **DISMISSED WITHOUT PREJUDICE**;

4. The Clerk is **DIRECTED** to **CLOSE** this case and **DENY** any pending motions as moot.

5. The Clerk is **DIRECTED** to mail and email a copy of this Order to the addresses below.

**DONE** and **ORDERED** in Chambers at Fort Lauderdale, Florida, this 4th day of August, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

Magistrate Judge Augustin-Birch

Elliott M. Hirsch

7 SAXONY DRIVE

OAKHURST, NJ 07755

917-750-0418

Email: Elliothirschlaw@gmail.com

PRO SE